# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

| | |
|---|---|
| JOHN CARTER JR., ) | |
| ) | |
|    Plaintiff, ) | **Case No. 2:10-CV-00156 JTK** |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| Social Security Administration ) | |
|    Defendant. ) | |

## FINAL JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is REVERSED and Plaintiff's case is REMANDED FOR FURTHER PROCEEDINGS.

SO ADJUDGED this 13th day of March, 2012.

_____
United States Magistrate Judge